# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID SLADOFF, AN INDIVIDUAL,
Appellant,
vs.
ROBERTO PRECIADO-MADRIGAL;
AND LARRY LEE GRIGSBY,
INDIVIDUALLY,
Respondents,

No. 82716

**FILED**

OCT 1 2 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Adriana Escobar, District Judge
Lansford W. Levitt, Settlement Judge
Hall Jaffe & Clayton, LLP
Van Law Firm
Eighth District Court Clerk

21-29275